Case 4:17-cv-03013   Document 49   Filed on 05/09/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 09, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEFFERY SCHWEITZER, JONATHAN SAPP and RAUL RAMOS, on behalf of the Phillips 66 Savings Plan and a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE INVESTMENT COMMITTEE OF THE PHILLIPS 66 SAVINGS PLAN, SAM FARACE and JOHN DOES 1-10,<br><br>Defendants. | CIVIL ACTION NO. H-17-3013 |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion to Dismiss, this action is **DISMISSED WITH PREJUDICE**.

Costs are taxed against the plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 9th day of May, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE