Case 4:17-cv-03013   Document 51   Filed on 05/15/18 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 15, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEFFERY SCHWEITZER, JONATHAN SAPP, RAUL RAMOS, AND DONALD FOWLER, on behalf of the Phillips 66 Savings Plan and a class of all others similarly situated, *Plaintiffs*, <br><br> v. <br><br> THE INVESTMENT COMMITTEE OF THE PHILLIPS 66 SAVINGS PLAN, SAM FARACE and JOHN DOES 1-10, *Defendants*. | Civil Action No. 4:17-cv-03013 <br> (CONSOLIDATED) |
| ZAM ATIRAM, on behalf of the Phillips 66 Savings Plan, himself, and a class consisting of similarly situated participants of the Plan, *Plaintiffs*, <br><br> v. <br><br> PHILLIPS 66 COMPANY, GREG C. GARLAND, PAULA A. JOHNSON, BRIAN R. WENZEL, JOHN D. ZUKLIC, PHILLIPS 66 SAVINGS PLAN COMMITTEE, INVESTMENT COMMITTEE, BENEFIT COMMITTEE, PLAN FINANCIAL ADMINISTRATOR, PLAN BENEFITS ADMINISTRATOR, GREG G. MAXWELL, KEVIN MITCHELL, JESSE A. STEPHAN, ALEX J. SHABET, and JOHN DOES 1-20, *Defendants*. | Civil Action No. 4:17-cv-03740 |

**AMENDED FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion to Dismiss, this action is **DISMISSED WITH PREJUDICE**. The dismissal applies to

1

all plaintiffs in this consolidated action—including Plaintiffs Jeffery Schweitzer, Jonathan Sapp, Raul Ramos, Zam Atiram, and Donald Fowler.

Costs are taxed against the Plaintiffs.

This is a **FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this the 15th day of May, 2018.

```
_____
       SIM LAKE
UNITED STATES DISTRICT JUDGE
```